# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Secondary Life Three LLC <br> *Plaintiff* <br> v. <br> Transamerica Life Insurance Company <br> *Defendant* | ) ) ) ) ) Civil Action No. 21-CV-20-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered in favor of Defendant, against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Magistrate Judge Mark A Roberts
on motion for summary judgment.

Date: December 8, 2021

*CLERK OF COURT*

*JH*  Deputy Clerk

*Signature of Clerk or Deputy Clerk*