# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1069
_____

Secondary Life Three LLC

Plaintiff - Appellant

v.

Transamerica Life Insurance Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:21-cv-00020-MAR)

_____

**JUDGMENT**

The parties' stipulation for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

February 15, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans