# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1069

Secondary Life Three LLC

Appellant

v.

Transamerica Life Insurance Company

Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:21-cv-00020-MAR)

___

**MANDATE**

In accordance with the judgment of 02/15/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 15, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit